# MAYER | BROWN

Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
United States of America

T: +1 213 229 9500
F: +1 213 625 0248

mayerbrown.com

July 7, 2022

**Daniel D. Queen**
Partner
T: +1 213 229 9509
F: +1 213 576 8122
DQueen@mayerbrown.com

<u>VIA ECF</u>

Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:**    ***Telesco v. Starbucks Corporation*,**
              **No. 7:22-cv-2687-NSR**

Dear Judge Román:

This firm represents Starbucks Corporation in the above-referenced action. In accordance with section 1.E of Your Honor's Individual Rules of Practice, Starbucks respectfully requests an extension of time to respond to plaintiff's amended complaint, ECF No. 16. The current deadline to respond is July 20, 2022. Starbucks respectfully asks that its deadline to respond be extended by sixteen days, up to and including August 5, 2022.

On April 25, 2022, counsel for Starbucks requested an extension of time to respond to the initial complaint, which was granted. There have been no previous requests for extension of time to respond to the amended complaint. No other requests for an extension of time have been made in this matter. This request is made at this time as counsel for Starbucks requires additional time to review the amended complaint and formulate its response.

We have conferred with counsel for plaintiff and they have advised that plaintiff consents to this request for an extension.

We are of course available to discuss this or any other matter at the Court's convenience.

Daniel D. Queen
Partner

cc:     All counsel

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

748591909.1