IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH TELESCO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STARBUCKS CORPORATION,<br><br>　　　　　　　　Defendant. | Case No. 7:22-CV-02687<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT BY STARBUCKS CORPORATION**<br><br>Hon. Nelson S. Román |

**PLEASE TAKE NOTICE** that, based upon this notice and the accompanying memorandum of points and authorities and Declaration of Dale J. Giali, Defendant Starbucks Corporation hereby moves to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), on the grounds that the first amended complaint fails to state a claim upon which relief can be granted. The motion will be brought before the Hon. Nelson S. Román in Courtroom 218 of the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., in White Plains, New York, on a date and time designated by the Court.

Dated: September 19, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Dale J. Giali*
　　　　　　　　　　　　　　　　　　　Dale J. Giali (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Keri E. Borders (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　KING & SPALDING LLP
　　　　　　　　　　　　　　　　　　　633 West Fifth Street
　　　　　　　　　　　　　　　　　　　Suite 1600
　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　Tel: (213) 443-4355
　　　　　　　　　　　　　　　　　　　Email:　dgiali@kslaw.com
　　　　　　　　　　　　　　　　　　　　　　　kborders@kslaw.com

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Starbucks Corporation

1